IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

KISHA R URGENT
SSAN: XXX-XX-5875

Debtor(s)

Case No. 15-31791-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Thursday, July 2, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, August 13, 2015.

(**X**) The specified monthly payment to secured/priority/special classed creditors will require the debtors' payments to be raised to $211.00 bi-weekly or specified payments need to be adjusted.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Friday, September 4, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Tina J. Hayes*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Friday, 4 September, 2015.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/ *Tina J. Hayes*
Tina J. Hayes